AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Anthony M. Gontarz, on behalf of himself and all others similarly situated, | |
| *Plaintiff(s)* | |
| v. | Civil Action No. 1:26-cv-1396 -RBW |
| Pete Hegseth, Secretary of Defense, United States of America, et al., | |
| *Defendant(s)* | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Pete Hegseth, in his official capacity as United States Secretary of Defense
1000 Defense Pentagon
Washington, DC 20301-1000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brian Hanna
Dechert LLP
1900 K Street, NW
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 4/27/2026

/s/ Ma. Ursula Masagca

*Signature of Clerk or Deputy Clerk*

*UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA*

***Anthony M. Gontarz, on behalf of himself and all others similarly situated***
***Plaintiff(s)***

***vs.*** **Case No.: 1:26-cv-01396-RBW**

***Pete Hegseth, in his official capacity as United States Secretary of Defense, et al.***
***Defendant(s)***

## *AFFIDAVIT OF SERVICE BY CERTIFIED MAIL*

*I, GiVonna Stuart a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons, Notice of Right to Consent to Trial Before a United States Magistrate Judge, Civil Cover Sheet, Complaint, and General Order for Civil Cases Before the Honorable B. Walton*

*SERVE TO: Pete Hegseth, in his official capacity as United States Secretary of Defense*

*SERVICE ADDRESS: 1000 Defense Pentagon, Washington, DC 20301*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Pete Hegseth, in his official capacity as United States Secretary of Defense, 1000 Defense Pentagon, Washington, DC 20301 on 04/28/2026 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9414 8362 0855 1299 7019 89. Service was signed for on 05/04/2026, electronic return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 05/06/2026*

*GiVonna Stuart*

*Capitol Process Services, Inc.*
*7500 Greenway Center Drive, Suite 420*
*Greenbelt, Maryland 20770*
*(202) 667-0050*

*Client Ref Number:*
*Job #:15779557*

UNITED STATES POSTAL SERVICE

May 4, 2026

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8362 0855 1299 7019 89**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | May 4, 2026, 6:59 am |
| **Location:** | WASHINGTON, DC 20310 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | PETE HEGSETH |

## Shipment Details

| | |
|---|---|
| **Weight:** | 7.0oz |

## Recipient Signature

Signature of Recipient:

Address of Recipient:




Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Pete Hegseth
1000 Defense Pentagon
Washington, DC 20301
Reference #: 15779557